UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AUBREY DAVIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00876-SEB-TAB |
| | ) | |
| GREENWAVE ELECTRONICS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Order Recommending Dismissal [Dkt. 9]. The Court, having considered the Magistrate Judge's recommendation, hereby adopts the Magistrate Judge's recommendation. This case is therefore hereby dismissed with prejudice and final judgment shall be entered accordingly.

Date: 11/6/2024

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

AUBREY DAVIS, JR.
2332 Guilford Ave.
Indianapolis, IN 46205